UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 22-1748

JASON KUTCHINSKI, as parent and next friend to H.K., a minor,

    Plaintiff - Appellant,

  v.

FREELAND COMMUNITY SCHOOL DISTRICT; MATTHEW A. CAIRY and TRACI L. SMITH, in their official and individual capacities,

    Defendants - Appellees.

**FILED**
Jun 02, 2023
DEBORAH S. HUNT, Clerk

Before: GILMAN, READLER, and MATHIS, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Bay City.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk